UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: )
)
CHESTER V. HARRIS ) CASE NO.: 05-35499
SHARON DENISE HARRIS ) CHAPTER 13
)
Debtor(s) )

### MEMORANDUM-OPINION-ORDER

This matter is before the Court on the Amended Motion to Disallow Claim of Chase Home Finance, LLC ("Chase") filed by Debtors Chester V. Harris and Sharon Denise Harris ("Debtors") and the Response of Chase to the Amended Motion to Disallow Claim of the Debtors. The Court held a hearing on the matter on January 25, 2006. Following the hearing, the Court ordered the parties to file supplemental affidavits on the fees and costs asserted in Chase's claim. By February 8, 2006, Chase timely filed a Supplemental Memorandum of Law, but Debtor failed to timely file a supplement. Chase adequately supported its claim requiring denial of Debtors' Amended Motion to Disallow Claim.

Prior to the hearing on Debtors' Amended Motion to Disallow Claim, Chase filed a Motion for Relief from Stay regarding Debtors' property located at 4214 St. Francis Lane, Louisville, Kentucky 40218. The parties entered into an Agreed Order whereby Debtors agreed to a payment schedule on post-petition arrearages and to resume monthly mortgage payments. The Court entered that Order on November 10, 2005. Debtors subsequently defaulted on this Order and Chase obtained stay relief on the subject property. Accordingly, the issue in dispute on the Amended Motion to Disallow Claim is moot.

-2-

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Amended Motion to Disallow Claim of Chase Home Finance, LLC filed by Debtors Chester V. Harris and Sharon Denise Harris, be and hereby is, **DENIED**.